# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| BRITTANY BARBEE,<br>　　Plaintiff, | )<br>)<br>) |
| vs. | ) Case No. 6:19-cv-03370<br>) |
| CORNELIUS NEWSOM, and<br>UNITED PARCEL SERVICE, INC.<br>　　Defendants. | )<br>)<br>) |

## CLERK'S ORDER OF DISMISSAL

On the 11TH day of December, 2019, the plaintiff herein having filed a Voluntary Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
　/s/ **Kelly McIlvain**
Deputy Clerk

Date:　December 12, 2019